Gwathney v City of Buffalo (2025 NY Slip Op 07174)

Gwathney v City of Buffalo

2025 NY Slip Op 07174

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, SMITH, AND DELCONTE, JJ.

902 CA 24-01336

[*1]KESHIA GWATHNEY, PLAINTIFF-APPELLANT,
vCITY OF BUFFALO, DEFENDANT-RESPONDENT. (APPEAL NO. 1.) 

CAMPBELL & ASSOCIATES, HAMBURG (JOHN T. RYAN OF COUNSEL), FOR PLAINTIFF-APPELLANT.
CAVETTE CHAMBERS, CORPORATION COUNSEL, BUFFALO (WILLIAM MATHEWSON OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Edward Pace, J.), entered April 30, 2024. The order denied the motion of plaintiff to dismiss the motion of defendant for summary judgment and allowed defendant to amend the motion. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Abasciano v Dandrea, 83 AD3d 1542, 1545 [4th Dept 2011]).
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court